395 A.2d 978

Commonwealth ex rel. Lohr, Appellant, v. Brady.

Argued September 12, 1978. M. Patricia

Becket, with her Becket & Becket, for appellant; Lewis A. Walder, with him Walder, Martin & Kresman, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

PRICE, J., dissented.